# United States Bankruptcy Court
# District of Maine

| | | |
|---|---|---|
| In re: > Kyle M. Bouffard and Chelsey L. Bouffard, Debtor | ) | |
| > Phil Black and Holly Black, Plaintiff | ) | Case No.: 26-20146 |
| | ) | Chapter: 13 |
| v. | ) | |
| > Kyle M. Bouffard and Chelsey L. Bouffard, Defendant | ) | Adv. Proc. No.: 26-2019 |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | Monica Bigley, Clerk<br>U.S. Bankruptcy Court<br>537 Congress St., 2nd Floor<br>Portland, ME 04101 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney:<br>> Kellie W. Fisher, Esq.<br>Drummond Woodsum<br>84 Marginal Way, Suite 600<br>Portland, ME 04101 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address: U.S. Bankruptcy Court<br>> 537 Congress St., 2nd Fl<br>Portland, Maine | Room: Courtroom |
| | Date & Time:<br>November 3, 2026 at 10:00 AM |

**Pursuant to Fed. R. Civ. P. 26(f), the parties to this adversary proceeding are required to confer at least twenty-one (21) days before the above scheduled pretrial conference to discuss a discovery plan. Further, the parties must submit to the court a written report regarding the proposed discovery plan within 14 days of conferring.**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

U.S. Bankruptcy Court
District of Maine

Date: 8/31/2026

*Monica Bigley*
*Clerk of the Bankruptcy Court*

## CERTIFICATE OF SERVICE

I, Kellie W. Fisher, Esq. (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made September 1, 2026 (date) by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
> Kyle Bouffard, 197 Center Minot Hill Road, > Minot, ME 04258
Chelsey Bouffard, 197 Center Minot Hill Road, Minot, ME 04258
and via email to Jennifer Gail Hayden, Esq. Counsel to Kyle Bouffard and Chelsey Bouffard

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
> >

[ ] Residence Service: By leaving the process with the following adult at:
> >

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
> >

[ ] Publication: The defendant was served as follows: [Describe briefly]
>

[ ] State Law: The defendant was served pursuant to the laws of the State of ______________ (name of state), as follows: [Describe briefly]
>

Under penalty of perjury, I declare that the foregoing is true and correct.

09/01/2026 — Date

***/s/ Kellie W. Fisher*** — Signature

Print Name: Kellie W. Fisher, Esq.

Business Address: 84 Marginal Way, Ste. 600

City: Portland State: ME Zip: 04101